IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIEL MARCUS and BENEDICT VERCELES, on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | No. C 14-03824 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT STIPULATION** |

At 7:07 pm yesterday, plaintiffs' attorney Omar Rosales filed a joint stipulation (1) to extend plaintiffs' deadline for opposing defendant's motion to dismiss, from November 12, 2014, to November 24, 2014; (2) to extend defendant's deadline for a reply from November 19, 2014, to December 4, 2014; (3) to continue the hearing on defendant's motion to dismiss, from December 11, 2014, to December 18, 2014; and (4) to continue the initial case management conference, from November 20, 2014, to December 18, 2014.  In short, this joint stipulation stems from Attorney Rosales' declaration that he "had an unexpected doctor's visit that lasted longer than [he] anticipated" on November 12, 2014, the day that plaintiffs' opposition was due (Rosales Decl. ¶ 2).  In his declaration, Attorney Rosales provides no other detail about this doctor's visit.

To the extent stated, the joint stipulation is **GRANTED IN PART AND DENIED IN PART**. Plaintiffs' opposition to the motion to dismiss is due by no later than **8 AM ON NOVEMBER 17, 2014**.  Any reply thereto is due by **4 PM ON NOVEMBER 25, 2014**.  Both the hearing on the

motion to dismiss and the initial case management conference will take place at **8 AM ON DECEMBER 11, 2014**.

    **IT IS SO ORDERED.**

Dated: November 13, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE