# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

URIEL MARCUS, et al.

    Plaintiff(s),

v.

APPLE INC.

    Defendant(s).

Case No: 3:14-CV-3824

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Omar W. Rosales, an active member in good standing of the bar of the Supreme Court of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Uriel Marcus, Benedict Verceles in the above-entitled action. My local co-counsel in this case is Richard T. Bowles, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| PO Box 532084<br>Harlingen, TX 78553-2084 | 2121 N. California Blvd, Ste 875<br>Walnut Creek, CA 94596 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (956) 423-1417 | (925) 935-3300 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| talon_eye@yahoo.com | rbowles@bowlesverna.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 240534450.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/25/14

Omar W. Rosales
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Omar W. Rosales is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 26, 2014.

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Omar W. Rosales, Federal ID No 690657

Admission date: February, 2, 2007

Dated September 8, 2014, at Houston, Texas.

*David J. Bradley*

David J. Bradley,
Clerk of Court

By: Donna Wilkerson, Deputy Clerk

