OMAR W. ROSALES (TX SBN 15252212
Appearing Pro Hac Vice
talon_eye@yahoo.com
THE ROSALES LAW FIRM, LLC
402 South F. Street
Harlingen, Texas 78550
Telephone: 956.423.1417
Facsimile: 956.444.0217

Attorney for Plaintiffs
URIEL MARCUS and BENEDICT VERCELES


DAVID M. WALSH (CA SBN 120761)
DWalsh@mofo.com
KAI S. BARTOLOMEO (CA SBN 264033)
KBartolomeo@mofo.com
ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| URIEL MARCUS, BENEDICT VERCELES, and Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.   3:14-cv-03824-WHA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DECEMBER 11, 2014 INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS TO JANUARY 8, 2015**<br><br>Hon. William A. Alsup<br><br>Complaint Filed:  May 15, 2014<br>Case Transferred:  August 21, 2014 |

1  Before the Court is the Joint Stipulation to Continue the December 11, 2014 Initial Case
2  Management Conference and Hearing on Motion to Dismiss to January 8, 2015, of Plaintiffs
3  Uriel Marcus and Benedict Verceles and Defendant Apple Inc.   Having read and considered the
4  Stipulation, and good cause appearing therefor, the Court hereby ORDERS as follows:
5  The Initial Case Management Conference and hearing on Apple's motion to dismiss are
6  continued from December 11, 2014, at 8:00 a.m., to January 8, 2015, at 8:00 a.m.
7  **IT IS SO ORDERED**.
8  Date:   December 10, 2014.                      _____
                                                    Honorable William H. Alsup
9                                                   United States District Court Judge