1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   URIEL MARCUS, BENEDICT
     VERCELES, and Others Similarly
11   Situated,                                    No. C 14-03824 WHA

12                  Plaintiffs,

13        v.                                      **THIRD REQUEST FOR**
                                                  **SUPPLEMENTAL BRIEFING**
14   APPLE INC.,

15                  Defendant.

16   _____/

17        1.    Has any plaintiff whose purchased unit continued to function ever been held to

18   state a claim under the CLRA on the theory that a safety hazard should have been disclosed

19   where the particular safety problem had not yet physically harmed that particular plaintiff (even

20   though it may have harmed others)?  Please cite only California decisions whose fact pattern

21   exactly fits this scenario or say there are no such decisions.

22        2.    Has any plaintiff whose purchased unit continued to function ever been held to

23   state a claim under the Song-Beverly Act on the theory that they product line has a heightened

24   risk of failure and therefore violates the warranty?  Again, please cite cases dealing with this

25   scenario.

26
27
28

**United States District Court**
For the Northern District of California

3.      Apple disclosed the overheating problem on its website and said not to use the product against one's skin for extended periods.  How can someone complain if he uses it contrary to this instruction?

Please respond by **NOON ON MARCH 16, 2015**.  Your response should be no longer than ten pages (double spaced, no attachments, no footnotes.)

**IT IS SO ORDERED.**

Dated:  March 12, 2015.



_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2