**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

URIEL MARCUS, BENEDICT VERCELES, and Others Similarly Situated,

    Plaintiffs,

  v.

APPLE INC.,

    Defendant.

No. C 14-03824 WHA

**ADDITIONAL QUESTION**

4. What was the date that the cautionary warning was posted on the website?

Please fit this within the ten-page limit.

**IT IS SO ORDERED.**

Dated: March 12, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE