**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

URIEL MARCUS, BENEDICT VERCELES, and Others Similarly Situated,

    Plaintiffs,

 v.

APPLE INC.,

    Defendant.

No. C 14-03824 WHA

**ADDITIONAL QUESTION**

5.  Within the ten page limit, state the extent to which discovery will show that the hard copy manuals or other paperwork that came with the units purchased by plaintiffs included the warnings now relied upon by Apple (via the website). Be specific. Do those manuals and paperwork still exist? Does Apple have a way to prove what was in those manuals and paperwork?

**IT IS SO ORDERED.**

Dated: March 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE