**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

URIEL MARCUS and BENEDICT VERCELES, on behalf of others similarly situated,

    Plaintiffs,

 v.

APPLE INC,

    Defendant.

No. C 14-03824 WHA

**ORDER RE PLAINTIFFS' SUPPLEMENTAL BRIEFING**

Plaintiffs' filing, which was due at noon today, is a duplicate of what plaintiff filed two weeks ago (Dkt. No. 64). This violated the Court's clear order. Plaintiff shall file a proper response to the requests for supplemental briefing (Dkt. Nos. 60–62) by **FIVE P.M. TODAY** (California time).

**IT IS SO ORDERED.**

Dated: March 16, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE