1
2
3
4          IN THE UNITED STATES DISTRICT COURT
5
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    URIEL MARCUS, BENEDICT
9    VERCELES, and Others Similarly                    No. C 14-03824 WHA
     Situated,
10
              Plaintiff,
11
     v.                                                **ORDER RE PLAINTIFFS'**
12                                                     **DEPOSITIONS**
     APPLE INC,
13
              Defendant.
14   ———————————————————————/

15          Two weeks ago, the parties were ordered to conduct limited discovery on the safety issue

16   presented in defendant's motion to dismiss.  Plaintiffs were ordered to sit for depositions by

17   March 31, 2015, and to produce their operating manuals and all paperwork that came with their

18   units, including receipts, at least forty hours before their depositions (Dkt. No. 67).

19          Now, four days before their depositions were ordered to be completed, plaintiffs have

20   filed a motion stating that their depositions are unnecessary and in the alternative, have asked for

21   a thirty-day extension to complete their depositions.  This is the third time plaintiffs have

22   requested an extension in this case.  Plaintiffs' depositions shall be completed by **APRIL 3, 2015.**

23   All other dates contained in the March 16 order remain in place (Dkt. No. 67).  No more

24   extensions will be granted.

25

26          **IT IS SO ORDERED.**

27

28   Dated:  March 27, 2015.

                                                     _____
                                                     WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California