IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

URIEL MARCUS, BENEDICT VERCELES, and Others Similarly Situated,

    Plaintiff,

  v.

APPLE INC,

    Defendant.

No. C 14-03824 WHA

**SUPPLEMENT TO ORDER RE PLAINTIFFS' DEPOSITIONS**

    The Court wishes to add that plaintiffs' failure to attend their depositions by the April 3 deadline will result in an adverse inference. Apple is required to comply with the previous order's deadlines, regardless of whether plaintiffs sit for their depositions. If plaintiffs fail to sit for their depositions by the deadline, they will forfeit their right to interpose testimony contrary to the submissions by Apple.

    Plaintiffs' counsel should not have waited until the eleventh hour to seek an extension and has not shown good cause for a postponement. Nevertheless a postponement was granted until April 3. No more extensions will be granted.

**IT IS SO ORDERED.**

Dated: March 27, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE